

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY  NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche  Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

The Appellant's Motion for Leave to Late File Statement of Points and Issues to be
Presented is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of April, 2015.

_____
Keith E. Hottle
Clerk of Court